UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

ALLSTATE INSURANCE COMPANY,

          NO. CIV. S-06-856 LKK/KJM

    Plaintiff,

  v.                                O R D E R

RICKEY CARL HUERTA, et al.,

    Defendants.

                             /

    Pursuant to court order, a Status Conference is currently set in the above-captioned case on June 26, 2006. Plaintiff and defendant Tallman have timely filed status reports. Defendant Rickey Huerta has filed an answer, but failed to timely file a status report. Defendant Virginia Huerta has not appeared in the action. As plaintiff has not filed the summonses returned executed, the court is unable to determine whether she has been properly served.

////

////

1

1      Accordingly, the court hereby ORDERS as follows:

2      1.  The Status Conference currently set for June 26, 2006 is
3  VACATED.

4      2.  Defendant Rickey Huerta shall FILE a status report within
5  ten (10) days.  After receipt of the status report, the court will
6  issue a scheduling order.

7      3.   Plaintiff's counsel shall file the summons returned
8  executed as to defendant Virginia Huerta within ten (10) days and
9  shall seek entry of default from the Clerk if appropriate.

10     IT IS SO ORDERED.

11     DATED:  June 22, 2006

12
                                    /s/ Lawrence K. Karlton
13                                  LAWRENCE K. KARLTON
                                    SENIOR JUDGE
14                                  UNITED STATES DISTRICT COURT

2