UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

ALLSTATE INSURANCE COMPANY,
an Illinois corporation,

        NO. CIV. S-06-856 LKK/KJM

    Plaintiff,

  v.                            O R D E R

RICKEY CARL HUERTA; VIRGINIA
HUERTA; and MATTHEW TALLMAN,

    Defendants.
_____/

    A hearing in this case is presently scheduled for August 7, 2006, at 10:00 a.m., on the Law and Motion Calendar of this court pursuant to defendant's motion to dismiss. Due to congestion on the court's calendar, the motion presently before the court will be CONTINUED to September 11, 2006, where it will be called on the court's regularly scheduled Law and Motion Calendar, beginning at 10:00 a.m.

    IT IS SO ORDERED.

    DATED: July 25, 2006.

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT