UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

ALLSTATE INSURANCE COMPANY,

        Plaintiff,

  v.

RICKEY CARL HUERTA, et al.,

        Defendants.
_____/

NO. CIV. S-06-856 LKK/KJM

O R D E R

Pending before the court is plaintiff's motion for summary judgment, currently set on the court's March 12, 2007 law and motion calendar. Plaintiff Allstate Insurance seeks an adjudication of its coverage obligations under a homeowner's policy. Plaintiff maintains that it is not obligated to defend or indemnify a civil suit where its insured shot a police officer. The defendants in this action are Rickey Huerta and Virginia Huerta (the insureds) and Matthew Tallman (the police officer). Both Virginia Huerta and Matthew Tallman have filed statements of non-opposition to the pending motion. Rickey Huerta, who is currently

1

1 incarcerated, has not filed an opposition or statement of non-
2 opposition.

3     There is no genuine dispute that the policy contains a
4 criminal acts exclusion. The policy disclaims coverage for "any
5 bodily injury or property damage intended by, or which may
6 reasonably be expected to result from the intentional or criminal
7 acts or omissions of, any insured person." Decl. of Glen Davis,
8 Ex. A at 27. Accordingly, Allstate has no duty to defend or
9 indemnify Mr. or Mrs. Huerta in the underlying action. See Castro
10 v. Allstate Ins. Co., 855 F. Supp. 1152, 1155-56 (S.D. Cal. 1994)
11 (granting summary judgment for Allstate under criminal acts
12 exclusion). Furthermore, because Allstate never had an obligation
13 to defend the Huertas, although it did so under a reservation of
14 rights, it is entitled to reimbursement of the defense costs. See
15 Scottsdale Ins. Co. v. MT Transportation, 36 Cal. 4th 643, 656
16 (2005).

17     The court hereby GRANTS the motion for summary judgment. The
18 hearing currently set for March 12, 2007 is VACATED.

19     IT IS SO ORDERED.

20     DATED: March 1, 2007.

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

2